Lippert, Appellant, *v.* Engle, Supt., et al., Appellees.

[Cite as Lippert v. Engle (1977), 49 Ohio St. 2d 281.]

(No. 77-35—Decided March 30, 1977.)

Mr. *Robert L. Lippert*, pro se.

Mr. *William J. Brown*, attorney general, and Mr. *Dennis L. Sipe*, for appellees Superintendent of the Chillicothe Correctional Institute and others.

*Per Curiam.* Petitioner contends that his allegations were sufficient under R. C. 2725.04 to withstand the motion to dismiss. As support for that contention, petitioner cites *Featheringham* v. *Eckle* (1957), 81 Ohio Law Abs. 450.

Petitioner's reliance on *Featheringham* is misplaced. In *Freeman* v. *Maxwell* (1965), 4 Ohio St. 2d 4, this court reaffirmed the necessity of successfully challenging the jurisdiction of the sentencing court as a predicate to the issuance of a writ of habeas corpus.

The requirement that petitioners must attack the jurisdiction of the sentencing court is all the more apparent where, as noted in *Ross* v. *Court* (1972), 30 Ohio St. 2d 323;

"the sentencing court had jurisdiction to render the judgment of conviction." In *Ross*, as here, petitioner made no claim of lack of jurisdiction of the sentencing court and this court sustained the motion to dismiss therein.

For reason of the foregoing, the judgment of the Court of Appeals, dismissing the petition, is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.